# RJM ACQUISITIONS LLC
## Suite 224
## 575 Underhill Ave
## Syosset, NY 11791
## 1 (800) 541-0824 Toll Free
## Fax # (516) 714-1310

November 16, 2012

Clerk of the Bankruptcy Court
800 Franklin Ave #140
Waco, TX 76701

RE: Malinda Denise Kimber & Brian Finell Kimber
Case Number: 12-61074

To Whom It May Concern:

A Proof of Claim was filed on the behalf of RJM Acquisitions LLC in the above captioned matter on October 21, 2012 (claim #7 for $46.00) Please accept this letter as your authority to withdraw this Proof of Claim.

If you need any assistance, please feel free to contact me Monday through Friday at 1-800-541-0824, between the hours of 8:00 AM and 5:00 PM, Eastern Time.

Thank you in advance for your cooperation.


Sincerely,


/s/ Eileen Graham
Account Specialist Supervisor