# UNITED STATES BANKRUPTCY COURT
Division: Western Texas - Waco

In re Malinda Kimber,                                   Case No. <u>12-61074</u>

## NOTICE OF WITHDRAWAL OF CLAIM

Notice is hereby given that Creditor, INSOLVE RECOVERY, LLC hereby withdraws its Proof of Claim.

Court Claim #: 16
Amount of Claim: <u>$647.58</u>
Date Claim Filed: 11/27/2012

Last Four Digits of Acct #: <u>8625</u>

.

By: <u>/s/ Nichlas P. Spallas</u>             Date: <u>1/3/2013</u>
   Capital Recovery Group, LLC
   (520) 615-4114, ext. 206
   Agent of Creditor